Robert C. Bigler, Department of Justice, Amanda Blackmon, Michael James Timinski, Department of Veterans Affairs Office of General Counsel, Washington, DC, for Respondent–Appellee.

Before REYNA, BRYSON,* and LINN, Circuit Judges.

## ORDER

PER CURIAM.

Jose L. Serrano Ramos moves for reconsideration of this court's January 3, 2013

order affirming the judgment of the United States Court of Appeals for Veterans Claims.

Mr. Ramos appears concerned with "hav[ing] to pay the cost of [his] defense and Eric K. Shinseki, the Secretary of Veterans Affairs too," as a result of this court's decision.

The docketing fee in this case was waived due to financial hardship, and the statement in this court's decision that "[e]ach side shall bear its own costs" means that neither the government nor Mr. Ramos is entitled to costs. Accordingly, Mr. Ramos is not required to pay any fees or costs to the court or the government as a result of this court's January 3, 2013 order.

Accordingly,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

**William GRONER, Claimant–
Appellant,**

v.

**Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

**No. 2012–7072.**

United States Court of Appeals,
Federal Circuit.

April 1, 2013.

---

* Judge Bryson assumed senior status on January 7, 2013.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

Shelley D. Weger, Attorney, Commercial litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Meghan Hernandez, Attorney, United States Department of Veterans Affairs, of Washington, DC.

NEWMAN, DYK, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**